THIRD DEPARTMENT, NOVEMBER, 1972

(November 1, 1972)

■ PAUL F. SHAPPET, JR., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 44793.) — Judgment, Court of Claims, entered on March 3, 1967, affirmed, without costs (see *Whitree* v. *State of New York,* 26 A D 2d 720, mot. for lv. to app. den. 18 N Y 2d 583). No opinion. Herlihy, P. J., Staley, Jr., Greenblott, Kane and Reynolds, JJ., concur.